IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE MCKINLEY BONNER,    *
                           *
    Petitioner,            *
                           *
vs.                        * CIVIL ACTION NO.13-00132-WS-B
                           *
LEON FORNISS,              *
                           *
    Respondent.            *

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Bonner's habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 20th day of March, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE