IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE MCKINLEY BONNER,  *
                         *
    Petitioner,          *
                         *
vs.                      * CIVIL ACTION NO.13-00132-WS-B
                         *
LEON FORNISS,            *
                         *
    Respondent.          *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Bonner's habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 20th of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**